131 So.2d 428

■

**James BENTLEY and Sylvia Bentley**

v.

**STATE of Alabama.**

**8 Div. 73.**

Supreme Court of Alabama.

May 11, 1961.

Rehearing Denied June 29, 1961.

MacDonald Gallion, Atty. Gen., and Robt. M. Hill, Jr., Asst. Atty. Gen., for petitioner.

H. Neil Taylor, Russellville, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals

**699**

# 700

to review and revise the judgment and decision in Bentley et al. v. State of Alabama, 131 So.2d 426.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.